## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON  (1946-1991)<br>RANDOLPH E. PAUL   (1946-1956)<br>SIMON H. RIFKIND    (1950-1995)<br>LOUIS S. WEISS       (1927-1950)<br>JOHN F. WHARTON    (1927-1977) | UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | MATTHEW W. ABBOTT<br>ALLAN J. ARFFA<br>ROBERT A. ATKINS<br>DAVID J. BALL<br>JOHN F. BAUGHMAN<br>LYNN B. BAYARD<br>DANIEL J. BELLER<br>CRAIG A. BENSON<br>MITCHELL L. BERG<br>MARK S. BERGMAN<br>BRUCE BIRENBOIM<br>H. CHRISTOPHER BOEHNING<br>ANGELO BONVINO<br>JAMES L. BROCHIN<br>RICHARD J. BRONSTEIN<br>DAVID W. BROWN<br>SUSANNA M. BUERGEL<br>PATRICK S. CAMPBELL*<br>JESSICA S. CAREY<br>JEANETTE K. CHAN<br>YVONNE Y. F. CHAN<br>LEWIS R. CLAYTON<br>JAY COHEN<br>KELLEY A. CORNISH<br>CHRISTOPHER J. CUMMINGS<br>CHARLES E. DAVIDOW<br>DOUGLAS R. DAVIS<br>THOMAS V. DE LA BASTIDE III<br>ARIEL J. DECKELBAUM<br>ALICE BELISLE EATON<br>ANDREW J. EHRLICH<br>GREGORY A. EZRING<br>LESLIE GORDON FAGEN<br>MARC FALCONE<br>ANDREW C. FINCH<br>BRAD J. FINKELSTEIN<br>ROBERTO FINZI<br>PETER E. FISCH<br>ROBERT C. FLEDER<br>MARTIN FLUMENBAUM<br>ANDREW J. FOLEY<br>HARRIS B. FREIDUS<br>MANUEL S. FREY<br>ANDREW L. GAINES<br>KENNETH A. GALLO<br>MICHAEL E. GERTZMAN<br>PAUL D. GINSBERG<br>ADAM M. GIVERTZ<br>SALVATORE GOGLIORMELLA<br>ROBERT D. GOLDBAUM<br>NEIL GOLDMAN<br>ERIC S. GOLDSTEIN<br>ERIC GOODISON<br>CHARLES H. GOOGE, JR.<br>ANDREW G. GORDON<br>UDI GROFMAN<br>NICHOLAS GROOMBRIDGE<br>BRUCE A. GUTENPLAN<br>GAINES GWATHMEY, III<br>ALAN S. HALPERIN<br>JUSTIN G. HAMILL<br>CLAUDIA HAMMERMAN<br>GERARD E. HARPER<br>BRIAN S. HERMANN<br>ROBERT M. HIRSH<br>MICHELE HIRSHMAN<br>MICHAEL S. HONG<br>JOYCE S. HUANG<br>DAVID S. HUNTINGTON<br>JEH C. JOHNSON | MEREDITH J. KANE<br>ROBERTA A. KAPLAN<br>BRAD S. KARP<br>JOHN C. KENNEDY<br>ALAN W. KORNBERG<br>DANIEL J. KRAMER<br>DAVID K. LAKHDHIR<br>STEPHEN P. LAMB*<br>JOHN E. LANGE<br>DANIEL J. LEFFELL<br>XIAOYU GREG LIU<br>JEFFREY D. MARELL<br>MARCO V. MASOTTI<br>EDWIN S. MAYNARD<br>DAVID W. MAYO<br>ELIZABETH R. McCOLM<br>MARK F. MENDELSOHN<br>WILLIAM B. MICHAEL<br>TOBY S. MYERSON<br>CATHERINE NYARADY<br>JOHN J. O'NEIL<br>ALEX YOUNG K. OH<br>BRAD R. OKUN<br>KELLEY D. PARKER<br>MARC E. PERLMUTTER<br>VALERIE E. RADWANER<br>CARL L. REISNER<br>WALTER G. RICCIARDI<br>WALTER RIEMAN<br>RICHARD A. ROSEN<br>ANDREW N. ROSENBERG<br>JACQUELINE P. RUBIN<br>RAPHAEL M. RUSSO<br>JEFFREY D. SAFERSTEIN<br>JEFFREY B. SAMUELS<br>DALE M. SARRO<br>TERRY E. SCHIMEK<br>KENNETH M. SCHNEIDER<br>ROBERT B. SCHUMER<br>JAMES H. SCHWAB<br>JOHN M. SCOTT<br>STEPHEN J. SHIMSHAK<br>DAVID R. SICULAR<br>MOSES SILVERMAN<br>STEVEN SIMKIN<br>JOSEPH J. SIMONS<br>MARILYN SOBEL<br>AUDRA J. SOLOWAY<br>TARUN M. STEWART<br>ERIC ALAN STONE<br>AIDAN SYNNOTT<br>ROBYN F. TARNOFSKY<br>MONICA K. THURMOND<br>DANIEL J. TOAL<br>LIZA M. VELAZQUEZ<br>MARIA T. VULLO<br>ALEXANDRA M. WALSH*<br>LAWRENCE G WEE<br>THEODORE V. WELLS, JR.<br>BETH A. WILKINSON<br>STEVEN J. WILLIAMS<br>LAWRENCE I. WITDORCHIC<br>MARK B. WLAZLO<br>JULIA MASON WOOD<br>JORDAN E. YARETT<br>KAYE N. YOSHINO<br>TONG YU<br>TRACEY A. ZACCONE<br>T. ROBERT ZOCHOWSKI, JR. |

WRITER'S DIRECT DIAL NUMBER

**212-373-3316**

WRITER'S DIRECT FACSIMILE

**212-492-0316**

WRITER'S DIRECT E-MAIL ADDRESS

**bkarp@paulweiss.com**

*NOT ADMITTED TO THE NEW YORK BAR





April 19, 2013

*Via Hand Delivery*

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Hawkins* v. *National Football League, et al.*, No. 13-cv-01067 (KBF)
[re. 12 Civ. 6493]

Dear Judge Forrest:

    We represent defendants the National Football League (the "NFL") and NFL Properties LLC (collectively, the "NFL Defendants") in the above-referenced matter. We write to request an agreed-upon 30-day extension to the NFL Defendants' deadline for answering, moving, or otherwise responding to Plaintiff's complaint. Plaintiff in this action consents to this request.

    The background underlying this request is as follows. Plaintiff served a summons and the complaint on the NFL Defendants on January 17, 2013. The NFL Defendants removed the action to federal court on February 15, 2013, pursuant to 28 U.S.C. §§ 1367, 1441 and 1446, and pursuant to 28 U.S.C. § 1331 on the basis of federal question preemption. On April 8, 2013, the parties completed briefing on Plaintiff's motion to remand and the NFL Defendants' motion to

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Katherine B. Forrest                                                                                          2

stay proceedings, except for any preservation depositions, pending a transfer decision by the Judicial Panel on Multidistrict Litigation.[1]

The NFL Defendants' response to the complaint is currently due on April 23, 2013. The NFL Defendants seek an extension of this deadline to May 23, 2013. The NFL Defendants and Plaintiff previously stipulated to a ten-day extension of this deadline in state court—to the deadline for the NFL Defendants to remove the action to federal court, and to a sixty-day extension of this deadline in federal court during which the parties briefed the pending remand and stay motions before the Court.

In sum, with Plaintiff's consent, the NFL Defendants request a 30-day extension to May 23, 2013 to answer, move, or otherwise respond to the complaint.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*Brad S. Karp* (DB)

Brad S. Karp

cc (via e-mail):   Gene Locks, Esq.
                   Andrew P. Bell, Esq.
                   David D. Langfitt, Esq.

                   *Counsel for Plaintiff*

**Application GRANTED**
**SO Ordered**

4/22/13    K. B. Forrest

---

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

---

[1] The JPML has noticed Plaintiff's motion to vacate the JPML's Conditional Transfer Order for this action for hearing, without oral argument, on May 30, 2013. (*See* MDL 2323, ECF Dkt. No. 354.)